IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KING CUT CONCRETE CUTTERS, INC., a dissolved Illinois corporation,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 16 C 2109<br><br>JUDGE SARA L. ELLIS |

### NOTICE OF VOLUNTARY DISMISSAL

TO:    Ms. Lisa M. Beese, Registered Agent     Mr. Adam P. Silverman
           King Cut Concrete Cutters, Inc.                Adelman & Gettleman, Ltd.
           5400 Fieldstone Way                               53 W. Jackson Boulevard, Suite 1050
           McHenry, IL 60050                                  Chicago, IL 60604

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(I), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

The reason for the dismissal of this action is that Plaintiffs were advised on February 29, 2016 that the Defendant is and since March 31, 2015 has been operating under the protection of the United States Bankruptcy Court for the Northern District of Illinois, pursuant to a voluntary Petition under Chapter 7 of the Bankruptcy Code. Accordingly, all matters in dispute will be taken up before the Bankruptcy Court.

                                                                      /s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
E-mail: cscanlon@baumsigman.com

I:\CLJ\King Cut\notice of voluntary dismissal.cms.df.wpd

Case: 1:16-cv-02109 Document #: 7 Filed: 03/01/16 Page 3 of 3 PageID #:15

## **CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this <u>1st</u> day of <u>March 2016</u>:

       Ms. Lisa M. Beese, Registered Agent
       King Cut Concrete Cutters, Inc.
       5400 Fieldstone Way
       McHenry, IL 60050

       Mr. Adam P. Silverman
       Adelman & Gettleman, Ltd.
       53 W. Jackson Boulevard, Suite 1050
       Chicago, IL 60604

       /s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CLJ\King Cut\notice of voluntary dismissal.cms.df.wpd